360 A.2d 679

COMMONWEALTH

v.

ARTHUR, Appellant.

Submitted December 30, 1975. Calvin S. Drayer, Jr., Assistant Public Defender, for appellant; Eric J.

Cox, Assistant District Attorney, and William T. Nicholas, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Record remanded to the lower court for an evidentiary hearing on appellant's claim of ineffective assistance of trial counsel. See *Commonwealth v. Twiggs*, 460 Pa. 105, 331 A.2d 440 (1975).